IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICOLE MICHALAK,

                Plaintiff,

v.

BROOKSIDE MHP, LLC, and JOSHUA BARRON,

                Defendants.

OPINION and ORDER

24-cv-416-jdp

---

I dismissed plaintiff Nicole Michalak's complaint because it didn't state any federal-law claims for relief and because she cannot meet the requirements for diversity jurisdiction over her state-law contract claims. Dkt. 4. I gave Michalak until December 17, 2024, to submit an amended complaint, but she has not done so. Accordingly, this case will be dismissed. *Cf. Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim upon which relief may be granted after plaintiff fails to correct a pleading that does not adequately state a claim). Michalak may still pursue her state-law claims in state court.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment accordingly and close this case.

Entered January 13, 2025.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge